UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **MORIAN SPIVEY** | **CIVIL ACTION NO. 12-2226** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARDEN, DAVID WADE CORRECTIONAL CENTER** | **MAG. JUDGE KAREN L. HAYES** |

**ORDER**

Pursuant to 28 U.S.C. §455, I hereby disqualify myself from the handling of the above-captioned matter. Therefore,

IT IS ORDERED that the matter be reassigned to another judge in accordance with the Court's Standing Order 1.62.

MONROE, LOUISIANA, this 29th day of October, 2012.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

2