RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 1/28/13

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| MORIAN SPIVEY | * | CIVIL ACTION NO. 12-2226 |
| VERSUS | * | JUDGE JAMES T. TRIMBLE, JR. |
| WARDEN, DAVID WADE CORRECTIONAL CENTER | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petitioner's Petition for Writ of *habeas corpus* under 28 U.S.C. § 2254 [doc. # 1] is hereby **DENIED and DISMISSED with prejudice**.

THUS DONE AND SIGNED this 28th day of January, 2013, in Alexandria, Louisiana.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE